## Commonwealth ex rel. Rockwell, Appellant, *v.* Maroney.

Submitted April 11, 1966.
*Elmer A. Rockwell* appellant; in propria persona; *Richard D. Cicchetti,* Assistant District Attorney, and *John R. Hoye,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth ex rel. Sheetz, Appellant, *v.* Maroney.

Submitted April 11, 1966. *Joseph M. Stanichak,* for appellant; *Edward J. Tocci,* Assistant District Attorney, and *Robert J. Masters,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Thompson, Appellant, *v.* Duggan.

Submitted April 11, 1966. *Nathaniel Thompson,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Tracey, Appellant, *v.* Maroney.

Submitted March

21, 1966. *Charles F. Tracey*, appellant, in propria persona; *William F. Coyle* and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., dissented.

## Commonwealth ex rel. Tracy, Appellant, *v.* Russell.

Submitted April 11, 1966. *John William Tracy, Jr.*, appellant, in propria persona; *Thomas P. Ruane, Jr.*, First Assistant District Attorney, and *John R. Hoye*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Welch, Appellant, *v.* Maroney.

Submitted April 11, 1966. *Rupert Welch*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Williams, Appellant, *v.* Russell.

Submitted April 11, 1966. *David Williams*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.